# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D16-641 & 3D15-1785
Lower Tribunal Nos. 85-32540; 09-50922; 85-32539; 85-32541; 86-4671 & 08-34057

_____

**Juan Francisco Vega,**
Appellant,

vs.

**Department of Children and Families,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Juan Francisco Vega, in proper person.

Pamela Jo Bondi, Attorney General, and Jay E. Silver, Assistant Attorney General, for appellee.

Before SALTER, EMAS, and LOGUE, JJ.

PER CURIAM.

The trial court properly found the statute at issue to be constitutional.  <u>See</u> <u>Westerheide v. State</u>, 831 So. 2d 93 (Fla. 2002).  We affirm all other points on appeal.

Affirmed.